Submitted on record and briefs March 19, rules held valid May 12; 1993

RANDELL W. BROWN,
*Petitioner,*

*v.*

DEPARTMENT OF CORRECTIONS,
*Respondent.*

(CA A69246)

852 P2d 202

Randell W. Brown, Salem, filed the brief *pro se.*

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, Salem, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Leeson, Judges.

PER CURIAM

Rules held valid. *Whaley v. Dept. of Corrections*, 120 Or App 224, 852 P2d 200 (1993).